**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LENORA SNOW, and children SSG, ISS-G,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:10-cv-1501-Orl-22KRS**

**MICHAEL GEARHART,**

      **Defendant.**
_____

**ORDER**

Upon the Court's review of this case, it is ORDERED as follows:

1.  The Magistrate Judge's October 29, 2010 Report and Recommendation (Doc. No. 4) is ADOPTED AND CONFIRMED and made a part of this Order.   After an independent de novo review of the record, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.   Further, no objections to the Report and Recommendation have been filed.

2.  The Complaint (Doc. No. 1), filed on October 8, 2010, is DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND.

3.  Plaintiffs' Application to Proceed In Forma Pauperis (Doc. No. 2), filed on October 8, 2010, is DENIED WITHOUT PREJUDICE.

4.  Plaintiffs shall have until December 3, 2010 to file an amended complaint that cures the jurisdictional and pleading deficiencies identified in the Report and Recommendation.   FAILURE

TO FILE AN AMENDED COMPLAINT BY THE DEADLINE SPECIFIED SHALL RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.

5. If Plaintiffs elect to file an amended complaint, they shall file a renewed application to proceed in forma pauperis at the same time.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 19, 2010.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party
Magistrate Judge